MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
ANDRE M. ESPINOSA
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-MC-00053-TLN-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| 2011 BMW 328I, VIN: WBAPH7C53BE460537, NEVADA LICENSE NUMBER 002F10, | |
| 1972 CHEVROLET CHEYENNE, VIN: CKE242Z132361, CALIFORNIA LICENSE NUMBER 11103Z1, | |
| 2013 BMW 328I, VIN: WBA3C1C59DF437139, NEVADA LICENSE NUMBER 187LUR, | |
| 1982 CHEVROLET CAMARO Z28, VIN: 1G1AP87H4CL116100, CALIFORNIA LICENSE NUMBER 1ELA341, | |
| 1972 GMC TRUCK, VIN: TCE242Z515922, CALIFORNIA LICENSE NUMBER 1T51268, | |
| 2018 BENNINGTON PONTOON BOAT WITH TRAILER, VIN: ETWF4636L718, CALIFORNIA LICENSE NUMBER 4RT9953, | |
| 2013 DODGE RAM, VIN: 3C6UR5HL2DG558010, CALIFORNIA LICENSE NUMBER 44279K1, | |
| 1970 PLYMOUTH SATELLITE BELVEDERE, VIN: RS23U0E128051, | |

| | |
|---|---|
| 1 | CALIFORNIA LICENSE NUMBER 4GAV377, |
| 2 | |
| 3 | 1930 CORD L29 BROUGHAM, VIN: FDA1785, CALIFORNIA LICENSE NUMBER 4TXV139, |
| 4 | |
| 5 | 1959 CHRISCRAFT 1017 BOAT WITH TRAILER, VIN: CL180793, CALIFORNIA LICENSE NUMBER 5474AM, |
| 6 | |
| 7 | 1993 HUMMER, VIN: 137XE8239PE134334, CALIFORNIA LICENSE NUMBER 56006T1, |
| 8 | 2018 DODGE RAM, VIN: 3C6UR5CL3JG169184, CALIFORNIA |
| 9 | LICENSE NUMBER 60838K2, |
| 10 | 2018 DODGE RAM, VIN: 3C6UR5CL0JG169188, CALIFORNIA |
| 11 | LICENSE NUMBER 60839K2, |
| 12 | 2018 DODGE RAM, VIN: 3C6UR5CL3JG169189, CALIFORNIA |
| 13 | LICENSE NUMBER 60840K2, |
| 14 | 2018 DODGE RAM, VIN: 3C6UR5CL3JG169181, CALIFORNIA |
| 15 | LICENSE NUMBER 60841K2, |
| 16 | 2018 DODGE RAM, VIN: 3C6UR5CL3JG169182, CALIFORNIA |
| 17 | LICENSE NUMBER 60842K2, |
| 18 | 2018 DODGE RAM, VIN: 3C6UR5CL3JG169185, CALIFORNIA |
| 19 | LICENSE NUMBER 60843K2, |
| 20 | 2014 DODGE RAM, VIN: 3C6UR5FL1EG233322, CALIFORNIA |
| 21 | LICENSE NUMBER 64962S1, |
| 22 | 2015 DODGE RAM, VIN: 3C6UR5CL2FG502255, CALIFORNIA |
| 23 | LICENSE NUMBER 64971S1, |
| 24 | 2017 CADILLAC CTS-V, VIN: 1G6A15S67H0183167, NEVADA LICENSE |
| 25 | NUMBER 658F22, |
| 26 | 2018 DODGE CHALLENGER SRT DEMON, VIN: 2C3CDZH95JH100279, NEVADA |
| 27 | LICENSE NUMBER 659F22, |
| 28 | |

1970 PLYMOUTH SUPERBIRD, VIN: RM23V0A167083, CALIFORNIA LICENSE NUMBER 6DVY570,

2012 JAGUAR XKR, VIN: SAJWA4DC7CMB44732, CALIFORNIA LICENSE NUMBER 6YOX011,

2015 HONDA CRF 250R, VIN: JH2ME1035FK201853, CALIFORNIA LICENSE NUMBER 74KH63,

1967 AUTOBIANCHI PANORAMICA WAGON, VIN: 120B142281, CALIFORNIA LICENSE NUMBER 7BEM152,

1971 DODGE SUPER BEE, VIN: WM23V1A173563, CALIFORNIA LICENSE NUMBER 7DLR984,

2014 JAGUAR XK, VIN: SAJWA4HA5EMB52629, CALIFORNIA LICENSE NUMBER 7FDR207,

2014 FIAT 500, VIN: 3C3CFFCR1ET288120, CALIFORNIA LICENSE NUMBER 7GWT291,

2014 TESLA MODEL S, VIN: 5YJSA1H15EFP51645, CALIFORNIA LICENSE NUMBER 7HGR947,

2014 TESLA MODEL S, VIN: 5YJSA1H26EFP68172, CALIFORNIA LICENSE NUMBER 7JSS179,

2015 DODGE CHALLENGER SRT, VIN: 2C3CDZC98FH713883, CALIFORNIA LICENSE NUMBER 7KBZ711,

2015 DODGE CHALLENGER SRT, VIN: 2C3CDZDJ8FH809540, CALIFORNIA LICENSE NUMBER 7KXJ876,

2015 DODGE CHALLENGER SRT HELLCAT, VIN: 2C3CDZC94FH887952, CALIFORNIA LICENSE NUMBER 7NHW077,

1964 AUSTIN COOPER, VIN: AA257L535515A, CALIFORNIA LICENSE NUMBER 7SDS787,

1993 HUMMER H1, VIN: 137XE8332PE134593, CALIFORNIA LICENSE NUMBER 7VKM941,

1969 PLYMOUTH ROADRUNNER, VIN: RM23H9E153996, CALIFORNIA LICENSE NUMBER 7VKN032,

1966 CHEVROLET CHEVELLE SS, VIN: 138176A119342, CALIFORNIA LICENSE NUMBER 7WFU475,

1964 FIAT NUOVA, VIN: 764686, CALIFORNIA LICENSE NUMBER 7WFU476,

1970 PLYMOUTH BARRACUDA, VIN: BS23J0B303477, CALIFORNIA LICENSE NUMBER 7WFU477,

1939 CADILLAC IMPERIAL TOURING SEDAN, VIN: 3290914, CALIFORNIA LICENSE NUMBER 7WFU478,

1967 CHRYSLER 300 CONVERTIBLE, VIN: CM27K73147483, CALIFORNIA LICENSE NUMBER 7WFU726,

1967 OLDSMOBILE CUTLASS, VIN: 338077M149183, CALIFORNIA LICENSE NUMBER 7WFU727,

1993 AM GENERAL MILITARY VEHICLE, VIN: TEX114199, CALIFORNIA LICENSE NUMBER 7WTU606,

1971 CHEVROLET CAMARO Z28, VIN: 124871N517540, CALIFORNIA LICENSE NUMBER 7WTU607,

1965 PLYMOUTH FURY LAPD TRIBUTE, VIN: P152236018, CALIFORNIA LICENSE NUMBER 7WTU782,

1991 AM GENERAL M998, VIN: TEX114208, CALIFORNIA LICENSE NUMBER 7WTU783,

1965 FIAT 600, VIN: 1949816, CALIFORNIA LICENSE NUMBER 7XAU162,

1970 PLYMOUTH BARRACUDA, VIN: BS23J0B298749, CALIFORNIA LICENSE NUMBER 7XAU163,

4

Stipulation and Order to Extend Time to File Complaint

1970 PLYMOUTH SUPERBIRD, VIN: RM23V0A170197, CALIFORNIA LICENSE NUMBER 7XSV702,

1961 VOLKSWAGEN BEETLE, VIN: 3696311, CALIFORNIA LICENSE NUMBER 7XSV703,

1969 DODGE CHARGER 500, VIN: XX29J9B164192, CALIFORNIA LICENSE NUMBER 7XSV704,

1969 CHEVROLET CAMARO, VIN: 124379N635549, CALIFORNIA LICENSE NUMBER 7XSV706,

1967 DODGE DART, VIN: LL21B72329178, CALIFORNIA LICENSE NUMBER 7XSV707,

1966 CHEVROLET CHEVELLE, VIN: 136176A118169, CALIFORNIA LICENSE NUMBER 7XSV708,

1932 FORD ROADSTER, VIN: OR83925, CALIFORNIA LICENSE NUMBER 7XSV709,

1970 DODGE CHALLENGER, VIN: JS29V0B141330, CALIFORNIA LICENSE NUMBER 7XSV772,

1968 CHEVROLET CAMARO, VIN: 124378N440580, CALIFORNIA LICENSE NUMBER 7XSV773,

2017 CHEVROLET VOLT, VIN: 1G1RD6S56HU191587, CALIFORNIA LICENSE NUMBER 7ZRE805,

2013 DODGE RAM, VIN: 1C6RR6KT1DS532270, CALIFORNIA LICENSE NUMBER 80507H1,

2017 BENTLEY CONTINENTAL GT, VIN: SCBFH7ZA6HC063107, CALIFORNIA LICENSE NUMBER 8ACL402,

1982 CHEVROLET CAMARO Z28, VIN: 1G1AP87H4CL116100, CALIFORNIA LICENSE NUMBER 1ELA341,

2017 CHEVROLET VOLT, VIN: 1G1RD6S56HU191587, CALIFORNIA LICENSE NUMBER 7ZRE805,

1. 2013 DODGE RAM, VIN: 1C6RR6KT1DS532270, CALIFORNIA LICENSE NUMBER 80507H1,

2. 2018 CHEVROLET VOLT, VIN: 1G1RD6S58JU116623, CALIFORNIA LICENSE NUMBER 8CBD635,

3. 2018 CHEVROLET VOLT, VIN: 1G1RD6S55JU113937, CALIFORNIA LICENSE NUMBER 8CBD637,

4. 2007 DODGE RAM, VIN: 1D7HA16N47J619123, CALIFORNIA LICENSE NUMBER 8N08892,

5. 2018 DODGE RAM, VIN: 3C6UR5CL9JG169187, CALIFORNIA LICENSE NUMBER 99980J2,

6. 1948 CHEVROLET PANEL VAN, VIN: FBA310883, CALIFORNIA LICENSE NUMBER E21778,

7. 2002 DODGE VIPER, VIN: 1B3ER65E32V102144, CALIFORNIA LICENSE NUMBER T642880,

8. 1935 CHRYSLER AIRFLOW, VIN: 6605776, CALIFORNIA LICENSE NUMBER T643087,

9. 2007 FORD MUSTANG SHELBY GT 500 SUPERSNAKE, VIN: 1ZVHT88S375200007, UNKNOWN LICENSE NUMBER,

10. 1981 PONTIAC TRANS AM, VIN: 1G2AW87T1BL131624, CALIFORNIA LICENSE NUMBER X276321,

11. 1978 PONTIAC TRANS AM, VIN: 2U87L8N183594, CALIFORNIA LICENSE NUMBER X276485,

12. 1964 PONTIAC GTO, VIN: 824M4472, CALIFORNIA LICENSE NUMBER 7KWT492,

13. 1968 PLYMOUTH GTX, VIN: RS23J8G191594, CALIFORNIA LICENSE NUMBER 7JZB680,

14. 1967 FORD MUSTANG FASTBACK, VIN: 7R02S164966, CALIFORNIA LICENSE NUMBER 7KWT493,

1970 DODGE CHALLENGER CONVERTIBLE, VIN: JH27G0B296419, CALIFORNIA LICENSE NUMBER 7JZC032,

1970 PLYMOUTH SUPERBIRD, VIN: RM23U0A170840, CALIFORNIA LICENSE NUMBER 7KWT735,

1967 FORD MUSTANG SHELBY GT 500E SUPERSNAKE, VIN: CSE67431F11SS030, UNKNOWN LICENSE NUMBER,

1939 BUICK ROADMASTER, VIN: NM69226, CALIFORNIA LICENSE NUMBER 7KWT697,

1962 OLDSMOBILE JETFIRE, VIN: 621K09834, CALIFORNIA LICENSE NUMBER 7NYB001,

1967 AUTOBIANCHI PANORAMICA WAGON, VIN: 120B121339, CALIFORNIA LICENSE NUMBER 7LXR133,

1970 PLYMOUTH ROADRUNNER, VIN: RM21V0G160968, CALIFORNIA LICENSE NUMBER 6VMA705,

1971 CHEVROLET CAMARO, VIN: 124871N533590, CALIFORNIA LICENSE NUMBER 7NYB002,

2018 PROVOST OUTLAW MOTORHOME, VIN: 2PCV33492GC713105, CALIFORNIA LICENSE NUMBER 7KWT492,

2011 DODGE RAM 3500, VIN: 3D73Y3HL9BG569763, CALIFORNIA LICENSE NUMBER 8X15783,

2017 BENTLEY BENTAYGA, VIN: SJAAC2ZV9HC013881, CALIFORNIA LICENSE NUMBER 7UTM149,

1951 CHEVROLET THIRFTMASTER 3100, VIN: 3JPL3991, UNKNOWN LICENSE NUMBER,

1969 CHEVROLET EL CAMINO, VIN: 36809Z311105, OREGON LICENSE NUMBER 335JEK,

1969 CHEVROLET CAMARO, VIN: 124379N652463, UNKNOWN LICENSE NUMBER,

1969 CHEVROLET CAMARO, VIN: 124379N675016, UNKNOWN LICENSE NUMBER,

1967 CHEVROLET CAMARO, VIN: 124377L119172, UNKNOWN LICENSE NUMBER,

1967 CHEVROLET CAMARO, VIN: 124677L137885, UNKNOWN LICENSE NUMBER,

1968 CHEVROLET NOVA, VIN: 113278W232040, UNKNOWN LICENSE NUMBER,

1960 VOLKSWAGEN BEETLE, VIN: 3003841, UNKNOWN LICENSE NUMBER,

1968 FIAT 600, VIN: 2337702, UNKNOWN LICENSE NUMBER,

1967 FIAT AUTOBIANCHI, VIN: 020239, UNKNOWN LICENSE NUMBER,

1969 NASH METROPOLITAN, VIN: E66354, UNKNOWN LICENSE NUMBER,

1962 CHEVROLET NOVA, VIN: 204370154424, CALIFORNIA LICENSE NUMBER 4GAM229,

2018 CHEVROLET VOLT, VIN: 1G1RD6S52JU115029, CALIFORNIA LICENSE NUMBER 8CBD639,

2018 CHEVROLET VOLT, VIN: 1G1RD6S53JU112186, CALIFORNIA LICENSE NUMBER 8CBD636,

2018 CHEVROLET VOLT, VIN: 1G1RD6S59JU116355, CALIFORNIA LICENSE NUMBER 8CBD638,

2005 FORD F-150, VIN: 1FTPW14515FB75323, CALIFORNIA LICENSE NUMBER 7Y10108,

2015 DODGE RAM 2500, VIN: 3C6UR5FL9FG502250, CALIFORNIA LICENSE NUMBER 65188S1,

2015 DODGE RAM 1500, VIN: 3C6JR6DM5EG332861, CALIFORNIA LICENSE NUMBER 75172T1,

1. 2015 DODGE RAM 2500, VIN: 3D7KS26C76G117357, CALIFORNIA LICENSE NUMBER 8Y16761,

2. 1968 FIAT 500F, VIN: 1689070, UNKNOWN LICENSE NUMBER,

3. 1973 FIAT 500, VIN: 5129918, UNKNOWN LICENSE NUMBER,

4. 1960 AUSTIN HEALEY 3000, VIN: HBT7L5195, UNKNOWN LICENSE NUMBER,

5. 2003 MERCEDES BENZ G500, VIN: WDCYR49E03X140019, UNKNOWN LICENSE NUMBER,

6. 1967 CHEVROLET EL CAMINO, VIN: 136807Z137048, UNKNOWN LICENSE NUMBER,

7. 1941 PLYMOUTH SPECIAL DELUXE, VIN: P10255970A, UNKNOWN LICENSE NUMBER,

8. 1970 PLYMOUTH ROADRUNNER, VIN: RM21N0E140614, UNKNOWN LICENSE NUMBER,

9. 1965 FORD MUSTANG FASTBACK, VIN: 5F09T606756, UNKNOWN LICENSE NUMBER,

10. 1971 DODGE CHALLENGER, VIN: JH23G1B304722, UNKNOWN LICENSE NUMBER,

11. 2010 CHEVROLET CAMARO, VIN: 2G1FT1EW1A9126145, UNKNOWN LICENSE NUMBER,

12. 1954 CHEVROLET BEL AIR, VIN: B540023782, CALIFORNIA LICENSE NUMBERS AWK518/3DNW123,

13. 1941 FORD MODEL T, VIN: TEX113799, UNKNOWN LICENSE NUMBER,

14. 1970 PLYMOUTH BARRACUDA, VIN: BH23L0E101535, UNKNOWN LICENSE NUMBER,

15. 1966 CADILLAC COUPE DE VILLE, VIN: J6200404, CALIFORNIA LICENSE NUMBER

Stipulation and Order to Extend Time to File Complaint

SFA651,

1970 PLYMOUTH SPORT SATELLITE, VIN: RH27GOG109624, UNKNOWN LICENSE NUMBER,

1966 FORD FAIRLANE, VIN: 6H46C103584, UNKNOWN LICENSE NUMBER,

1968 PLYMOUTH ROADRUNNER, VIN: RM23H8G269663, UNKNOWN LICENSE NUMBER,

1968 PLYMOUTH ROADRUNNER, VIN: RM21J8G176738, UNKNOWN LICENSE NUMBER,

1968 DODGE CORONET, VIN: WM21J8G244328, UNKNOWN LICENSE NUMBER,

1968 PLYMOUTH ROADRUNNER, VIN: RM21H8E122344, UNKNOWN LICENSE NUMBER,

1971 CHEVROLET EL CAMINO, VIN: 136801L154531, UNKNOWN LICENSE NUMBER,

1967 FORD MUSTANG SUPERSNAKE, VIN: CSE67431F51SS058, UNKNOWN LICENSE NUMBER,

1970 PLYMOUTH ROADRUNNER, VIN: RM23H9G229326, UNKNOWN LICENSE NUMBER,

1969 DODGE DAYTONA SUPERBIRD, VIN: XX29L9B410796, UNKNOWN LICENSE NUMBER,

1972 OLDSMOBILE CUTLASS, VIN: 3G87H2M139607, UNKNOWN LICENSE NUMBER,

1965 BUICK SKYLARK, VIN: 444275Z123947, UNKNOWN LICENSE NUMBER,

1970 CHEVROLET CHEVELLE, VIN: 136370R206402, UNKNOWN LICENSE NUMBER,

1965 FORD MUSTANG FASTBACK, VIN: 5R09A135014, UNKNOWN LICENSE

NUMBER,

1979 PONTIAC FIREBIRD TRANS AM, VIN: 2X87Z9L158353, UNKNOWN LICENSE NUMBER,

1969 CHEVROLET CAMARO, VIN: 1G1FP31E1KL204902, UNKNOWN LICENSE NUMBER,

1986 CHEVROLET CAMARO, VIN: 1G1FP87F7GL161820, UNKNOWN LICENSE NUMBER,

1962 FORD F-100, VIN: F10JK295453, UNKNOWN LICENSE NUMBER,

1940 CADILLAC LIMOUSINE, VIN: 3320188, UNKNOWN LICENSE NUMBER,

1978 JEEP CJ-7, VIN: J8F93EH014818, UNKNOWN LICENSE NUMBER,

1972 DODGE TRUCK, VIN: W14AE2S578707, UNKNOWN LICENSE NUMBER,

1928 FORD MODEL A, VIN: MBPGSIN7725, UNKNOWN LICENSE NUMBER,

1926 FORD MODEL T, VIN: OR17679942, UNKNOWN LICENSE NUMBER,

1929 FORD, VIN: 1131945, UNKNOWN LICENSE NUMBER,

1936 FORD TRUCK, VIN: 183242651, UNKNOWN LICENSE NUMBER,

1950 CHEVROLET TRUCK, VIN: CKL148Z152798, UNKNOWN LICENSE NUMBER,

1969 PLYMOUTH ROADRUNNER, VIN: RM23H9G283783, UNKNOWN LICENSE NUMBER,

1967 FORD MUSTANG SUPERSNAKE, VIN: TEX114250, UNKNOWN LICENSE NUMBER,

1970 CHEVROLET CAMARO, VIN: 124870L506468, UNKNOWN LICENSE NUMBER,

1971 PLYMOUTH SCAMP, VIN: VH23G1R294584, UNKNOWN LICENSE NUMBER,

2008 MASERATI GRANTURISMO, VIN: ZAMGJ45A380036731, UNKNOWN LICENSE NUMBER,

1967 CHEVROLET TRUCK, VIN: CE147Z133816, CALIFORNIA LICENSE NUMBERS RSICK67/8D62591,

1941 PLYMOUTH SPECIAL DELUXE, VIN: 11142858, UNKNOWN LICENSE NUMBER,

1955 CHEVROLET TRUCK, VIN: H255L012288, UNKNOWN LICENSE NUMBER,

1968 CHEVROLET CHEVELLE, VIN: 136378K132288, UNKNOWN LICENSE NUMBER,

1932 FORD CUSTOM ROADSTER, VIN: 0R83925, UNKNOWN LICENSE NUMBER,

1940 FORD BOYD CODDINGTON, VIN: 546681152, UNKNOWN LICENSE NUMBER,

1935 CHEVROLET 3100 TRUCK, VIN: L255B031278, CALIFORNIA LICENSE NUMBER 94606U1,

1957 FORD THUNDERBIRD, VIN: D7FH369458, UNKNOWN LICENSE NUMBER,

1961 CHEVROLET TRUCK, VIN: 1C1440109424, CALIFORNIA LICENSE NUMBER 6W64129,

1961 DODGE POWER WAGON, VIN: 83925236, UNKNOWN LICENSE NUMBER,

1970 HARLEY DAVIDSON SERVI-CAR, VIN: 5A19643H0, CALIFORNIA LICENSE NUMBER 14B2350,

1972 CHEVROLET CAMARO, VIN: 1Q87F2N134751, CALIFORNIA LICENSE NUMBER 4GWX504,

1979 DODGE LIL RED EXPRESS TRUCK, VIN: D13JS9S174467, CALIFORNIA LICENSE NUMBER X275592,

| | |
|---|---|
| 1 | 1989 NISSAN SKYLINE, VIN: HCR32025104, UNKNOWN LICENSE NUMBER, |
| 2 | |
| 3 | 2000 PORSCHE BOXSTER, VIN: WP0CA2982YU626068, UNKNOWN LICENSE NUMBER, |
| 4 | |
| 5 | 2005 BENTLEY CONTINENTAL GT, VIN: SCBCR63W85C025761, CALIFORNIA LICENSE NUMBER 5LFY310, |
| 6 | |
| 7 | 2008 DODGE CHARGER NASCAR, UNKNOWN VIN, UNKNOWN LICENSE NUMBER, |
| 8 | |
| 9 | 2017 CENTURION BOAT WITH TRAILER, VIN: FINS1554F717, UNKNOWN LICENSE NUMBER, |
| 10 | |
| 11 | 2018 ACE 30.2 MOTORHOME, VIN: 1F65F5DY1J0A06332, CALIFORNIA LICENSE NUMBER 8AEY290, and |
| 12 | |
| 13 | U.S. CONSTITUTION CUSTOM MOTORCYCLE, VIN: 1C9HB21005N969046, UNKNOWN LICENSE NUMBER, |
| 14 | |
| 15 | Defendants. |

It is hereby stipulated by and between the United States of America and potential claimants Jeffrey Carpoff, Paulette Carpoff ("claimants"), by and through their respective counsel as follows:

1. On or about December 18, 2018, the Federal Bureau of Investigation seized the above-referenced defendant assets pursuant to Federal seizure warrants (hereafter collectively "defendant assets").

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant assets, or obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is March 18, 2019.

3. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 18, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to

forfeiture.

4. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to June 18, 2019.

Dated: 3/15/2019  McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 3/15/2019  /s/ Malcolm Segal
MALCOLM SEGAL
Attorney for Potential Claimant
Jeffrey Carpoff

Dated: 3/15/2019  /s/ Paul Meltzer
PAUL MELTZER
Attorney for Potential Claimant
Paulette Carpoff

(Signatures authorized by email)

**IT IS SO ORDERED**.

Dated: March 28, 2019

Troy L. Nunley
United States District Judge