MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
ANDRE M. ESPINOSA
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-MC-00053-TLN-CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| 2011 BMW 328I, VIN: WBAPH7C53BE460537, NEVADA LICENSE NUMBER 002F10, ET AL., | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimants Jeffrey Carpoff, Paulette Carpoff ("claimants"), by and through their respective counsel as follows:

1. On or about December 18, 2018, the Federal Bureau of Investigation ("FBI") seized and/or obtained seizure warrants for the above-referenced defendant vehicles (hereafter collectively "defendant assets").

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant assets, or obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was March 18, 2019.

3. By Order entered on March 28, 2019, the parties stipulated to extend to June 18, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the

defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

4.  By Order entered on August 27, 2019, the parties stipulated to extend to September 16, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to December 16, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to December 16, 2019.

Dated:  9/11/2019         McGREGOR W. SCOTT
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
ANDRE M. ESPINOSA
Assistant U.S. Attorneys

Dated:  9/11/2019         /s/ Malcolm Segal
MALCOLM SEGAL
Attorney for Potential Claimants
Jeffrey Carpoff and Paulette Carpoff

(As authorized via email)

**IT IS SO ORDERED**.

Dated: September 11, 2019

Troy L. Nunley
United States District Judge