MARK GORTON (SBN 099312)
THOMAS G. MOUZES
**BOUTIN JONES, INC.**
555 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 321-4444
Facsimile: (916) 441-7597
Email: mgorton@boutinjones.com
       tmouzes@boutinjones.com

JAMES R. CAGE (Colorado SBN 10153)
*(Pro Hac Vice)*
KELSEY R. BOWERS (Colorado SBN 46128)
*(Pro Hac Vice)*
16 Market Square  6th Floor
1400 16th Street
Denver, CO  80202-1486
Telephone  (303) 292-2900
Facsimile  303-292-4510
jim.cage@moyewhite.com
kelsey.bowers@moyewhite.com

Attorneys for Petitioner Trans Lease, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2011 BMW 328I, VIN: WBAPH7C53BE460537, NEVADA LICENSE NUMBER 002F10, et al.<br><br>Defendants. | Case No. 2:19-MC-00053-TLN-CKD<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF LIENHOLDER TRANS LEASE, INC.** |

IT IS HEREBY STIPULATED by and between petitioner, Trans Lease, Inc. ("Claimant"), and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

1. Claimant asserted a lienholder interest in the defendant property described as a 2018 Featherlite H3-S2 Motorhome with VIN No. 2PCV33492GC713105 (the "2018 Motorhome").

2. The 2018 Motorhome was sold at auction with Claimant's permission and the proceeds were paid to Claimant and applied toward the loan.

3. Claimant released its interest in the 2018 Motorhome.

4. Accordingly, Claimant hereby withdraws its claim filed September 26, 2019 [Document 13] in the above-captioned case with respect to the 2018 Motorhome.

5. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss without prejudice Claimant in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a).

6. Each party hereto is to bear its own costs.

7. Claimant is hereby removed from the Service List for the above-captioned case.

Date: 1/9/2020

By: /s/
MARK GORTON (SBN 099312)
THOMAS G. MOUZES
**BOUTIN JONES, INC.**
555 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 321-4444
Facsimile: (916) 441-7597
Email: mgorton@boutinjones.com
  tmouzes@boutinjones.com

JAMES R. CAGE (Colorado SBN 10153)
*(Pro Hac Vice Pending)*
KELSEY R. BOWERS (Colorado SBN 46128)
*(Pro Hac Vice Pending)*
16 Market Square 6th Floor
1400 16th Street
Denver, CO 80202-1486
Telephone (303) 292-2900
Facsimile 303-292-4510
jim.cage@moyewhite.com
kelsey.bowers@moyewhite.com

Attorneys for Petitioner Trans Lease, Inc.

Date: 1/7/2020

McGREGOR W. SCOTT
United States Attorney

By: /s/
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

# **ORDER**

The Court has read and considered the Stipulation of Withdrawal of Claim by Trans Lease, Inc. ("the Stipulation") by Claimant, Trans Lease, Inc. ("Petitioner"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Petitioner's claim filed September 26, 2019 [Dk. 13] in the above-captioned case are hereby deemed withdrawn.

3. Claimant is hereby deemed dismissed without prejudice from the above-captioned case.

**IT IS SO ORDERED.**

Date: January 10, 2020

Troy L. Nunley
United States District Judge